UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESHARES, INC., *et al.*,

                        Petitioners,

-v-

FISH & RICHARDSON P.C.,

                        Defendant.

22-MC-91 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Respondent shall file a response, if any, to Petitioners' motion to compel at Docket Number 8 on or before April 18, 2022. Petitioners shall serve a copy of this Order on respondent on or before April 4, 2022.

SO ORDERED.

Dated: March 28, 2022
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge