UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESHARES, INC., *et al.*,

                      Petitioners,

        -v-

FISH & RICHARDSON P.C.,

                      Respondent.

22-MC-91 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Petitioners' motion to compel at Docket Number 8 is granted for substantially the reasons set forth in Petitioners' memorandum of law at Docket Number 9 and Petitioners' reply memorandum of law at Docket Number 17. Respondent is ordered to produce the 34 requested documents responsive to a subpoena issued by Petitioners out of the United States District Court for the Northern District of California, Case No. 3:20-cv-7083.

    The Clerk of Court is directed to close the motion at Docket Number 8 and close this case.

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

                                            J. PAUL OETKEN
                                        United States District Judge